UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LADDY BUTLER | CIVIL DOCKET NO. 6:24-CV-00007 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| VINCENT ST. BLANC, III | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, noting the absence of any objections filed, this Court concludes that the Magistrate Judge's REVISED REPORT AND RECOMMENDATION [Doc. 6] is correct and adopts the findings and conclusions therein as its own.

Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, Plaintiff's federal law claims are DISMISSED WITH PREJUDICE and her state law claims are DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers on this 11th day of March 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE